UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

      -v.-

RONALD THOMAS,

               Defendant.

- - - - - - - - - - - - - - - - -x



08 Cr. ___

08 CRIM 254

COUNT ONE

    The United States Attorney charges:

    From on or about February 21, 2007, up to and including on or about January 4, 2008, in the Southern District of New York, and elsewhere, RONALD THOMAS, the defendant, being a United States Postal Service employee, unlawfully, willfully, and knowingly, did loan, use, pledge, hypothecate, and convert to his own use, and deposit in a bank, and exchange for other funds and property, without authorization by law, money and property coming into his hands and under his control in any manner, the amount of which did not exceed $1,000, in the execution and under the color of his office, employment and service, and did fail and refuse to remit to and deposit in the Treasury of the United States and in a designated depository, and to account for and turn over to the proper officer and agent, such money and property, when required to do so by law and the regulations of the United States Postal Service, and upon demand and order of the United States Postal

Service, either directly or through a duly authorized officer and agent, to wit, THOMAS embezzled United States currency from the United States Postal Service.

(Title 18, United States Code, Section 1711.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RONALD THOMAS,

Defendant.

**MISDEMEANOR INFORMATION**

08 Cr. ___

(Title 18, United States Code,
Section 1711.)


                         MICHAEL J. GARCIA
                     United States Attorney.